## NASH v. HARSHMAN.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF OHIO.

No. 957. Submitted April 17, 1893. — Decided May 1, 1893.

This case is dismissed upon the authority of *Hohorst* v. *Hamburg-American Packet Co.*, 148 U. S. 262.

THIS action was commenced in the court of common pleas of Logan County, Ohio, to foreclose a mortgage made by Nash to Harshman of real estate then owned by him, and conveyed by him to one Dupee after the execution of the mortgage. Nash and Dupee were both made defendants. After issue joined the cause was removed to the Circuit Court of the United States on the defendants' motion, on the ground of local prejudice. Trial was had there which resulted in a decree, December 4, 1890, against Nash for the payment of the debt, and against Dupee for the sale of the land on failure of Nash to make the payment within ten days from the decree. On the 11th of December, Nash took an appeal to this court, which was allowed, and a receiver was appointed to take possession of the estate and hold and manage it pending the appeal. The appellee moved to dismiss the appeal or affirm the judgment, assigning the following reasons therefor:

"1. No proper bond for appealing said cause to this court has been given; and none was required by said Circuit Court to be given, but in allowing this appeal, said court assumed to excuse and dispense with the bond required by law, whereby the allowance of appeal is rendered invalid and this court acquires no jurisdiction thereby.

"2. This appeal is not taken and prosecuted by the party against whom the decree of the court below was rendered.

"3. It is apparent upon an inspection of the record that said appeal is frivolous and utterly groundless, and was taken for the purposes of delay merely."

*Mr. Louis D. Johnson* for the motion.

No one opposing.

THE CHIEF JUSTICE: The appeal is dismissed. *Hohorst* v. *Hamburg-American Packet Co.*, 148 U. S. 262.